UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                        Case No.:

Sung Hye Lee and Jong Hoon Lee                          Chapter:

**STATEMENT PURSUANT
TO LOCAL RULE   10  (F)**

Debtor (s).

-----------------------------------------------------------X

     **DANIEL R. MILLER, ESQ.**, an attorney, duly admitted to practice in this court, states:

    1. That I am an attorney for the above debtors Sung Hye Lee and Jong Hoon Lee.

    2. That prior to filing of the petition herein, I rendered the following services to the above named debtor (s).

| **DATE** | **SERVICE** | **TIME** |
|---|---|---|
| 8/10/05 | Initial interview, analysis of financial condition, etc. | 1.5 hrs |
| 8/25/05 | Client (s) brought material for preparation of petition and second interview. | 2.0 hrs |
| 9/8/05 | Preparation of petition | 2.0 hrs |
| 9/26/05 | Final review and signing of petition. | 1.5 hrs |

    3.   That my usual rate of compensation on bankruptcy matters is on a per service basis, not hourly basis, and is also based on the debtor (s) income.


Dated:   Brooklyn, New York
        October 3, 2005

                                                      **DANIEL R. MILLER, ESQ. (#2388)**
                                                      Attorney for Debtor (s)