UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR (S): Sung Hye Lee and Jong Hoon Lee                    CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2 (b), the debtor (*or any other petitioner*) herby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases:  (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101 (2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or included in the property of another estate under 11 U.S.C. § 541 (a).]

ð NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

ð THE FOLLOWING RELATED CASE (S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____DISTRICT / DIVISION:_____
CASE STILL PENDING ( Y / N ):_____    [*If closed*] Date of closing:_____
CURRENT STATUS OF RELATED CASE:_____
(Discharged / awaiting discharge, confirmed, dismissed, etc.)
MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above)*:_____
REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF
RELATED CASE:_____
_____

2. CASE NO.:_____ JUDGE:_____DISTRICT / DIVISION:_____
CASE STILL PENDING ( Y / N ):_____    [*If closed*] Date of closing:_____
CURRENT STATUS OF RELATED CASE:_____
(Discharged / awaiting discharge, confirmed, dismissed, etc.)
MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above)*:_____
REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF
RELATED CASE:_____
_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:_____ JUDGE:_____DISTRICT / DIVISION:_____

CASE STILL PENDING ( Y / N ):_____     [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE:_____
(Discharged / awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF

RELATED CASE:_____

_____

*NOTE:*  Pursuant to 11 U.S.C. § 109 (g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his /her eligibility to file.

TO BE COMPLETED BY DEBTOR / PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York ( Y / N ):__Y____

CERTIFICATION (to be signed by pro se debtor / petitioner or debtor / petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____/S/_____                    _____
Signature of Debtor's Attorney                                                         Signature of Pro Se Debtor / Petitioner
Daniel R. Miller, Esq.
503 4th Avenue, Brooklyn, New York 11215                         _____
                                                                                                     Mailing Address of Debtor / Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.